```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE OTEMAH,

        Plaintiff,

-v-

WHOLE FOODS MARKET GROUP, INC., *et al.*,

        Defendants.

**SCHEDULING ORDER**

23-CV-10987 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

At a conference on August 1, 2025, the parties raised the issue of whether Plaintiff's witness, Dr. Virk, was an expert witness subject to deposition under Federal Rule of Civil Procedure 26(b)(4)(A). The Court requested letter briefing on this topic, which the parties provided. ECF Nos. 38, 41–44.

For the reasons discussed at today's conference, the Court rules that Dr. Virk is an expert witness subject to deposition under Fed. R. Civ. P. 26(b)(4)(A). However, the party or parties seeking his deposition must pay him a reasonable fee pursuant to Fed. R. Civ. P. 26(b)(4)(E). Per ECF No. 38, Plaintiff must provide dates before September 30, 2025 for Dr. Virk's deposition.

The Clerk of Court is respectfully directed to close the motion at ECF No. 42 as "denied."

**SO ORDERED.**

Dated: August 19, 2025
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge