UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2025
```

JOYCE OTEMAH,

      Plaintiff,

    -v-

WHOLE FOODS MARKET GROUP INC., *et al.*,

      Defendants.

**ORDER**

23-CV-10987 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

  In the Court's August 1, 2025 Scheduling Order, ECF No. 38, Plaintiff was directed to obtain and provide to Defendants deposition dates for her experts, Dr. Virk and Dr. Kaplan. These dates were to be before September 30, 2025, and Plaintiff was to obtain those dates "[i]n the interim," meaning that Plaintiff was to begin that process right away. Plaintiff was reminded of the need to provide a deposition date for Dr. Virk earlier than September 30, 2025 in the Court's August 19, 2025 Order, ECF No. 46.

  The Parties then filed a letter, ECF No. 47, dated September 26, 2025, but filed on September 29, 2025—the day before the September 30, 2025 deadline—asking for an unspecified period of time to complete the depositions of Drs. Virk and Kaplan. No information was provided as to when Plaintiff attempted to obtain deposition dates for these witnesses or what those dates were. Additionally, no

1

information was provided as to when these witnesses can be available for deposition in the future.

Plaintiff must arrange for Dr. Virk and Dr. Kaplan to be available for deposition by **October 31, 2025. Plaintiff is warned that if she fails to do so, Plaintiff may be precluded from offering any evidence from these physicians at trial.** Any claim that this deadline cannot be met due to the schedules of these physicians must be supported by sworn declarations providing the details of any schedule conflicts and must provide the specific dates when the depositions will take place.

**SO ORDERED.**

Dated: September 30, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge