UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025
```

JOYCE OTEMAH,

        Plaintiff,

-v-

WHOLE FOODS MARKET GROUP INC., *et al.*,

        Defendants.

**ORDER**

23-CV-10987 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the passage of the October 31, 2025 deadline for Plaintiff to arrange for depositions of Dr. Virk and Dr. Kaplan, *see* ECF No. 48, the Parties are directed to file a joint status report on **November 17, 2025** providing an update on the status of this case.

**SO ORDERED.**

Dated: November 4, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge