UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025
```

JOYCE OTEMAH,

           Plaintiff,

-v-

WHOLE FOODS MARKET GROUP INC., *et al.*,

           Defendants.

**ORDER**

23-CV-10987 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' November 17, 2025 joint status letter. ECF No. 51. The Parties are directed to file any dispositive motions, or, if none are to be filed, a joint pretrial order, by **December 18, 2025**.

**SO ORDERED.**

Dated: November 18, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge