UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE OTEMAH,

Plaintiff,

-v-

WHOLE FOODS MARKET GROUP INC.,
*et al.*,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025

**ORDER**

23-CV-10987 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court having been advised that the parties have settled this action in principle, ECF No. 54, it is hereby ORDERED that this matter be discontinued with prejudice and without costs; provided, however, that within thirty days of the date of this order, counsel for the plaintiff may apply by letter motion for restoration of the action if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.  Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All previously set deadlines are canceled.  The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: December 29, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge